UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOSTER NORRIS,<br><br>    Petitioner,<br><br>v.<br><br>DONNIE STONEBREAKER,<br><br>    Respondent. | Case No. 23-cv-06165-HSG<br><br>**ORDER OF TRANSFER** |

Petitioner, an inmate at Evans Correctional Institution in Bennettsville, South Carolina, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 1984 South Carolina state court conviction. ECF No. 1. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Petitioner's conviction was obtained in Anderson County Court in South Carolina, and Petitioner is confined in South Carolina. ECF No. 1. Accordingly, this case is TRANSFERRED to the United States District Court for South Carolina. *See* 28 U.S.C. §§ 121, 1406(a). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: 1/5/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge